# EXHIBIT A

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,279,668

Registered Sep. 21, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## UNDER ARMOUR

K. P. SPORTS, INC. (MARYLAND CORPORATION)
P.O. BOX 337
KENSINGTON, MD 20895

FOR: CLOTHING, NAMELY, T-SHIRTS, LONG SLEEVE SHIRTS, TURTLE NECKS, MOCK TURTLE NECKS, HATS, SHORTS, SHIRTS, LEGGINGS, SOCKS, JERSEY'S, PANTS, HEADWEAR FOR WINTER AND SUMMER, UNDER WEAR, TANK TOPS (MALE AND FEMALE), WRISTBANDS/HEADBANDS, SHOES, RAIN SUITS, GLOVES, JACKETS (WINTER AND SUMMER), WINTER CAPS, SWEAT SHIRTS/PULL OVERS, WOMENS BRA, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9–7–1996; IN COMMERCE 9–7–1996.

SN 75–149,114, FILED 8–13–1996.

MARY ROSSMAN, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,917,039

Registered Jan. 11, 2005

## TRADEMARK
### PRINCIPAL REGISTER

# UNDER ARMOUR

KP SPORTS, INC. (MARYLAND CORPORATION)
1020 HULL STREET
BALTIMORE, MD 21230

FOR: WRISTBANDS, HEADBANDS, RAIN SUITS, JACKETS, SOCKS, SKIRTS, ATHLETIC SLEEVES, HOODS, SKULL WRAPS, SKULL CAPS, VESTS, HATS, SHORTS, SHIRTS, LEGGINGS, PANTS, HEADWEAR FOR WINTER AND SUMMER, UNDERWEAR, TANK TOPS, BRAS, GIRDLES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-7-1996; IN COMMERCE 9-7-1996.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 76-561,985, FILED 11-26-2003.

SEAN DWYER, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**United States Patent and Trademark Office**

**Reg. No. 3,178,549**

Registered Nov. 28, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# UNDER ARMOUR

UNDER ARMOUR, INC. (MARYLAND COR-
  PORATION)
1020 HULL STREET
BALTIMORE, MD 21230

   FOR: ATHLETIC FOOTWEAR, IN CLASS 25 (U.S.
CLS. 22 AND 39).

   FIRST USE 4-24-2006; IN COMMERCE 4-24-2006.

   THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

   OWNER OF U.S. REG. NOS. 2,279,668, 2,954,369,
AND OTHERS.

   SN 78-674,053, FILED 7-20-2005.

KEVIN DINALLO, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**United States Patent and Trademark Office**

Reg. No. 3,642,614

Registered June 23, 2009

## TRADEMARK
### PRINCIPAL REGISTER

# UNDER ARMOUR

UNDER ARMOUR, INC. (MARYLAND COR-
PORATION)

1020 HULL STREET

BALTIMORE, MD 21230

    FOR: FULL LINE OF ATHLETIC CLOTHING, IN CLASS 25 (U.S. CLS. 22 AND 39).

    FIRST USE 11-26-2003; IN COMMERCE 11-26-2003.

    THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

    OWNER OF U.S. REG. NOS. 2,279,668, 3,052,160 AND OTHERS.

    SER. NO. 77-590,002, FILED 10-10-2008.

TEJBIR SINGH, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# UNDER ARMOUR

**Reg. No. 3,712,052**
Registered Nov. 17, 2009

UNDER ARMOUR, INC. (MARYLAND CORPORATION)
1020 HULL STREET
BALTIMORE, MD 21230

**Int. Cl.: 25**

**TRADEMARK**
**PRINCIPAL REGISTER**

FOR: ANKLE SOCKS; ATHLETIC UNIFORMS; BASEBALL CAPS; BASEBALL SHOES; BASEBALL UNIFORMS; BASELAYER BOTTOMS; BASELAYER TOPS; BEACH FOOTWEAR; BOXER BRIEFS; BOXER SHORTS; BRIEFS; CAPRI PANTS; CHILDREN'S HEADWEAR; COATS; DRESSES; FLEECE PULLOVERS; FOOTBALL SHOES; FOOTWEAR; FOUL WEATHER GEAR; GOLF CAPS; GOLF SHIRTS; GOLF TROUSERS; HOODED PULLOVERS; HUNTING VESTS; JOGGING PANTS; KNIT SHIRTS; MEN'S SOCKS; MITTENS; MOISTURE-WICKING SPORTS BRAS; MOISTURE-WICKING SPORTS PANTS; MOISTURE-WICKING SPORTS SHIRTS; POLO SHIRTS; RAIN JACKETS; RAIN TROUSERS; RAINPROOF JACKETS; RAINWEAR; RUNNING SHOES; SHORT-SLEEVED OR LONG-SLEEVED T-SHIRTS; SHORT-SLEEVED SHIRTS; SKI BIBS; SKI GLOVES; SKI JACKETS; SKI PANTS; SKI WEAR; SKORTS; SLEEVELESS JERSEYS; SNOW PANTS; SNOWBOARD GLOVES; SNOWBOARD MITTENS; SNOWBOARD PANTS; SOCCER BOOTS; SPORT SHIRTS; SPORTS BRAS; SPORTS JERSEYS; SPORTS PANTS; SPORTS SHIRTS; SWEAT BANDS; SWEAT PANTS; TENNIS WEAR; THONGS; THONGS; TRAINING SHOES; UNDERSHIRTS; UNITARDS; VISORS; WATERPROOF JACKETS AND PANTS; WIND PANTS; WIND RESISTANT JACKETS; WIND SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-7-1996; IN COMMERCE 9-7-1996.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,279,668, 3,178,549 AND OTHERS.

SER. NO. 77-733,634, FILED 5-11-2009.

ANDREW RHIM, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# UNDER ARMOUR

**Reg. No. 4,225,998**

**Registered Oct. 16, 2012**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

UNDER ARMOUR, INC. (MARYLAND CORPORATION)
1020 HULL STREET
BALTIMORE, MD 21230

FOR: BANDANAS; BASEBALL SHOES; BASKETBALL SNEAKERS; BEACHWEAR; BIB OVERALLS FOR HUNTING; BIKINIS; CAMOUFLAGE GLOVES; CAMOUFLAGE JACKETS; CAMOUFLAGE PANTS; CAMOUFLAGE SHIRTS; CAMOUFLAGE VESTS; CLEATS FOR ATTACHMENT TO SPORTS SHOES; FISHING SHIRTS; FOOTBALL SHOES; GOLF SHORTS; HUNTING JACKETS; HUNTING PANTS; HUNTING SHIRTS; MEN'S DRESS SOCKS; SNEAKERS; SWIMWEAR; VOLLEYBALL JERSEYS; YOGA PANTS; YOGA SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-0-2005; IN COMMERCE 6-0-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,279,668, 3,642,614, AND OTHERS.

SN 77-779,844, FILED 7-13-2009.

GIANCARLO CASTRO, EXAMINING ATTORNEY



David J. Kappos
Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

> **_First Filing Deadline:_** You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. _See_ 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> **_Second Filing Deadline:_** You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> _See_ 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
_See_ 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. _See_ 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the
USPTO website for further information.  With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.



# United States of America
## United States Patent and Trademark Office

# UNDER ARMOUR

**Reg. No. 3,700,135**
Registered Oct. 20, 2009

**Int. Cls.: 25 and 28**

**TRADEMARK**
**PRINCIPAL REGISTER**

UNDER ARMOUR, INC. (MARYLAND CORPORATION)
1020 HULL STREET
BALTIMORE, MD 21230

FOR: CLOTHING FOR ATHLETIC USE, NAMELY, PADDED SHIRTS, PADDED PANTS, PADDED SHORTS, PADDED ELBOW COMPRESSION SLEEVES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-20-2008; IN COMMERCE 6-20-2008.

FOR: GOLF BAGS; BAGS SPECIALLY ADAPTED FOR SPORTS EQUIPMENT; GOLF GLOVES; BATTING GLOVES; FOOTBALL GLOVES; LACROSSE GLOVES; MOUTH GUARDS FOR ATHLETIC USE; CASES FOR HOLDING ATHLETIC MOUTH GUARDS; ATHLETIC EQUIPMENT, NAMELY, GUARDS FOR THE LIPS; CHIN PADS FOR ATHLETIC USE; KNEE PADS FOR ATHLETIC USE; ELBOW PADS FOR ATHLETIC USE; FOREARM PADS FOR ATHLETIC USE; SHIN GUARDS FOR ATHLETIC USE; FOOTBALL GIRDLES; JOCK STRAPS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 1-12-2006; IN COMMERCE 1-12-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,500,322, 3,501,773, AND OTHERS.

SN 77-589,725, FILED 10-9-2008.

TEJBIR SINGH, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office



**United States of America**

**United States Patent and Trademark Office**

# UNDER ARMOUR

**Reg. No. 3,722,377**
Registered Dec. 8, 2009

**Int. Cl.: 24**

**TRADEMARK**
**PRINCIPAL REGISTER**

UNDER ARMOUR, INC. (MARYLAND CORPORATION)
1020 HULL STREET
BALTIMORE, MD 21230

FOR: FOOTBALL TOWELS; GOLF TOWELS; TOWELS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 0-0-2001; IN COMMERCE 0-0-2001.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,279,668, 3,174,498 AND OTHERS.

SER. NO. 77-776,924, FILED 7-8-2009.

GIANCARLO CASTRO, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

United States Patent and Trademark Office

Reg. No. 3,500,322

Registered Sep. 9, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# UNDER ARMOUR

UNDER ARMOUR, INC. (MARYLAND COR-
    PORATION)
1020 HULL STREET
BALTIMORE, MD 21230

FOR: EYEWEAR, NAMELY, SUNGLASSES, LEN-
SES FOR SUNGLASSES, AND VISORS FOR USE
WITH HELMETS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36
AND 38).

FIRST USE 4-10-2006; IN COMMERCE 4-10-2006.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,279,668, 2,917,039,
AND OTHERS.

SN 78-979,727, FILED 7-20-2005.

KEVIN DINALLO, EXAMINING ATTORNEY



# United States of America

## United States Patent and Trademark Office

# UNDER ARMOUR

**Reg. No. 4,135,826**

**Registered May 1, 2012**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

UNDER ARMOUR, INC. (MARYLAND CORPORATION)
1020 HULL STREET
BALTIMORE, MD 21230

FOR: EYEWEAR; GOGGLES FOR SPORTS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-10-2006; IN COMMERCE 4-10-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,279,668, 3,501,773, AND OTHERS.

SN 77-690,683, FILED 3-13-2009.

BILL DAWE, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL**
> **TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE**
> **DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

> **The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.



# United States of America
## United States Patent and Trademark Office

# UNDER ARMOUR

**Reg. No. 3,901,624**
**Registered Jan. 4, 2011**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

UNDER ARMOUR, INC. (MARYLAND CORPORATION)
1020 HULL STREET
BALTIMORE, MD 21230

FOR: BRIEFCASES SPECIALLY ADAPTED FOR HOLDING LAPTOP COMPUTERS; BACKPACKS SPECIALLY ADAPTED FOR HOLDING LAPTOP COMPUTERS; ARMBANDS SPECIALLY ADAPTED FOR HOLDING MP3 PLAYERS AND CELLULAR PHONES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 8-0-2004; IN COMMERCE 8-0-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,174,498, 3,638,277, AND OTHERS.

SN 77-831,167, FILED 9-21-2009.

MICHAEL GAAFAR, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

**Int. Cl.: 35**

**Prior U.S. Cls.: 100, 101 and 102**

**United States Patent and Trademark Office**

Reg. No. 3,375,771

Registered Jan. 29, 2008

## SERVICE MARK
### PRINCIPAL REGISTER

# UNDER ARMOUR

UNDER ARMOUR, INC. (MARYLAND COR-
PORATION)

1020 HULL STREET

BALTIMORE, MD 21230

FOR: RETAIL STORE SERVICES FEATURING
APPAREL AND SPORTING GOODS, IN CLASS 35
(U.S. CLS. 100, 101 AND 102).

FIRST USE 10-24-2004; IN COMMERCE 10-24-2004.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,279,668, 3,052,160
AND OTHERS.

SER. NO. 77-198,291, FILED 6-5-2007.

BILL DAWE, EXAMINING ATTORNEY

**Int. Cl.: 35**

**Prior U.S. Cls.: 100, 101 and 102**

**United States Patent and Trademark Office**

**Reg. No. 3,638,277**

Registered June 16, 2009

## SERVICE MARK
### PRINCIPAL REGISTER

# UNDER ARMOUR

UNDER ARMOUR, INC. (MARYLAND COR-
PORATION)
1020 HULL STREET
BALTIMORE, MD 21230

FOR: ONLINE RETAIL STORE SERVICES FEA-
TURING APPAREL, FOOTWEAR, SPORTING
GOODS, EYEWEAR, HEADWEAR, WRIST BANDS,
SWEAT BANDS, BELTS, GLOVES, HAND-WAR-
MERS, PLASTIC WATER BOTTLES SOLD EMPTY,
WATCHES, SPORTS BAGS, TOTE BAGS, TRAVEL
BAGS, BACKPACKS, GOLF BAGS, MESSENGER
BAGS, DUFFEL BAGS, SHOE BAGS FOR TRAVEL,
TOILETRY BAGS SOLD EMPTY, WHEELED BAGS,
WAIST PACKS, SLING BAGS, UMBRELLAS, TO-
WELS, POSTERS; MOBILE RETAIL STORE SERVI-
CES FEATURING APPAREL, FOOTWEAR, AND

SPORTING GOODS, IN CLASS 35 (U.S. CLS. 100,
101 AND 102).

FIRST USE 7-7-2000; IN COMMERCE 7-7-2000.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,509,632, 3,375,771
AND OTHERS.

SER. NO. 77-572,366, FILED 9-17-2008.

LINDA E. BLOHM, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,509,632
Registered Nov. 20, 2001

**TRADEMARK**
**PRINCIPAL REGISTER**



K. P. SPORTS, INC. (MARYLAND CORPORA-
TION), DBA UNDER ARMOUR ATHLETIC
APPAREL CORPORATION
1201 S. SHARP STREET
SUITE 150
BALTIMORE, MD 21230

FOR: CLOTHING NAMELY; SHIRTS, HATS,
PANTS, T-SHIRTS, UNDERWEAR, BRASSIERE
AND SHORTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-0-1996; IN COMMERCE 8-0-1996.

SER. NO. 76-157,067, FILED 11-1-2000.

RUDY R. SINGLETON, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

## United States Patent and Trademark Office

**Reg. No. 2,954,369**

Registered May 24, 2005

### TRADEMARK
### PRINCIPAL REGISTER



KP SPORTS, INC. (MARYLAND CORPORATION)
1020 HULL STREET
BALTIMORE, MD 21230

FOR: WRISTBANDS, HEADBANDS, RAIN SUITS, JACKETS, SOCKS, SKIRTS, ATHLETIC SLEEVES, HOODS, SKULL WRAPS, SKULL CAPS, VESTS, HATS, SHORTS, SHIRTS, LEGGINGS, PANTS, HEADWEAR FOR WINTER AND SUMMER, UNDERWEAR, TANK TOPS, BRAS, GIRDLES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-1-1999; IN COMMERCE 12-1-1999.

THE MARK CONSISTS OF THE STYLIZED LETTERS "U" AND "A" AND THE WORDS "UNDER ARMOUR".

SER. NO. 76-561,993, FILED 11-26-2003.

SEAN DWYER, EXAMINING ATTORNEY