IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| UNDER ARMOUR, INC., | * | |
| Plaintiff, | * | Case No. 1:19-cv-02417-ELH |
| v. | * | |
| ARMORINA INC., | * | |
| Defendant. | * | |

* * * * * * * * * * *

Upon consideration of Defendant's Consent Motion to Modify Briefing Schedule it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the following, modified Briefing Schedule is entered:

| Event | Existing Deadline | Modified Deadline |
|---|---|---|
| Armorina's Cross-Motion/Opposition not to exceed 35 pages | June 4, 2021 | June 11, 2021 |
| Under Armour's Opposition/Reply not to exceed 20 pages | June 25, 2021 | July 2, 2021 |
| Armorina's Reply not to exceed 20 pages | July 9, 2021 | July 16, 2021 |

Date: 6/3/21

_Ellen L. Hollander_
The Honorable Ellen L. Hollander
United States District Judge