# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**DEBORAH L. BOARDMAN**<br>**UNITED STATES DISTRICT JUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-7810**<br>**Fax: (410) 962-2577**<br>**MDD_DLBChambers@mdd.uscourts.gov** |

June 29, 2022

**LETTER ORDER**

RE:   *Under Armour, Inc. v. Armorina Inc.*
      DLB-19-2417

Dear Counsel:

This letter order memorializes the events at today's pre-trial conference:

- The Court grants as unopposed but subject to reservation Under Armour's three *motions in limine*. *See* ECF 76, 77, 78, 85.
- By July 1, 2022, the parties shall review the Court's edits to the joint proposed voir dire and submit any objections, corrections, or suggested edits to the Court.
- By July 1, 2022, Armorina must advise the Court whether it seeks to introduce Exhibits 1–5 to which Under Armour objects and, if so, state when the pictures were taken and the grounds for their admissibility. On or before July 8, 2022, Under Armour may respond to Armorina's submissions.
- The parties shall meet and confer regarding the two remaining disputes on jury instructions and shall notify the Court by July 6, 2022, whether they have come to an agreement. If they have not, they must apprise the Court of their respective positions on the two instructions.
- No submission may exceed two, single-spaced pages.

Although informal, this letter is an Order of the Court and shall be docketed as such.

Sincerely,

Deborah L. Boardman
United States District Judge