IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNDER ARMOUR, INC., | * | |
| Plaintiff, | * | |
| v. | * | Civ. No. DLB-19-2417 |
| ARMORINA INC., | * | |
| Defendant. | * | |

### ORDER OF JUDGMENT

The jury having returned a verdict in favor of the plaintiff, Under Armour, Inc., against the defendant, Armorina Inc., on the plaintiff's claims of trademark infringement and trademark dilution, it is this 13th day of January, 2023 ORDERED that

1. Judgment is entered in favor of the plaintiff, Under Armour, Inc., against the defendant, Armorina Inc., in the amount of $1.00; and

2. Any and all prior rulings made by the Court disposing of any claims against any parties are incorporated by reference herein, and this Order shall be deemed to be a final judgment within the meaning of Federal Rule of Civil Procedure 58.

Date: January 13, 2023

_____
Deborah L. Boardman
United States District Judge