CASE NUMBER:  DLB-19-2417
CASE NAME:    Under Armour Inc. v. Armorina, Inc.

We have a verdict

USDC- BALTIMORE
'23 JAN 13 PM 12:11

JUROR NUMBER: _#1_

DATE: 01/12/23
TIME: 2:43pm

| For Court Use Only: | | |
|---|---|---|
| Recv'd by: _____ | DATE: _____ | TIME: _____ |
| Court Exhibit #: _____ | | |

Jury Note (Rev. 2/2009)

CLERK, UNITED STATES DISTRICT COURT
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201-2691
www.mdd.uscourts.gov

OFFICIAL BUSINESS

CSO: _William Painter #37_

Time: ___2:43___

Date: ___1-12-23___