IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNDER ARMOUR, INC., | * | |
| Plaintiff, | * | |
| v. | * | Civ. No. DLB-19-2417 |
| ARMORINA INC., | * | |
| Defendant. | * | |

USDC - BALTIMORE
'23 JAN 13 PM12:11

## JURY VERDICT FORM

### SECTION I - TRADEMARK INFRINGEMENT

1. Do you find by a preponderance of the evidence that Armorina infringed by using its ARMORINA mark in a manner likely to cause confusion about the source, affiliation, sponsorship, or approval of its products with Under Armour and/or its ARMOUR mark, UNDER ARMOUR mark, marks containing ARMOUR, and/or asserted family of ARMOUR marks?

   Answer: Yes __✓__ or No _____

   If you answered "Yes" to this question, please proceed to Question No. 2. Otherwise, please proceed to Section II on the next page.

2. Do you find by a preponderance of the evidence that Armorina's infringement of Under Armour's ARMOUR mark, UNDER ARMOUR mark, marks containing ARMOUR, and/or asserted family of ARMOUR marks was willful?

   Answer: Yes _____ or No __✓__

   Please proceed to Section II on the next page.

1

## SECTION II - TRADEMARK DILUTION

3. Do you find by a preponderance of the evidence that the UNDER ARMOUR trademark is famous and Armorina's use of the ARMORINA trademark began after the UNDER ARMOUR mark became famous?

Answer: Yes __✓__ or No _____

If you answered "Yes" to this question, please proceed to Question No. 4. Otherwise, please proceed to Section III on the next page.

4. Do you find by a preponderance of the evidence that the ARMORINA trademark is likely to cause dilution of the UNDER ARMOUR trademark?

Answer: Yes __✓__ or No _____

If you answered "Yes" to this question, please proceed to Question No. 5. Otherwise, please proceed to Section III on the next page.

5. Do you find by a preponderance of the evidence that Armorina's dilution of the UNDER ARMOUR trademark was willful?

Answer: Yes _____ or No __✓__

Please proceed to Section III on the next page.

## SECTION III - TRADEMARK DAMAGES

If you answered "Yes" to Question No. 1, answer the following question. Otherwise, please proceed to Question No. 7.

6. What sum of money, if paid now in cash, would fairly and reasonably compensate Under Armour for profits earned by Armorina from its trademark infringement?

Answer in dollar and cents: __1 dollar__

If you answered "Yes" to Question No. 5, answer the following question. Otherwise, please proceed to the end to sign and date the Jury Verdict.

7. What sum of money, if paid now in cash, would fairly and reasonably compensate Under Armour for profits earned by Armorina from its trademark dilution?

Answer in dollar and cents: __1 dollar__

Please sign and date the Jury Verdict.

SO SAY WE ALL.

Date: __1-12-2023__

**SIGNATURE REDACTED**

_____
Foreperson's signature